# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ARTHUR D. HOOVER, | ) | |
| Plaintiff(s), | ) | 2:09-cv-0523-RLH-GWF |
| vs. | ) | **O R D E R** |
| UNITED STATES DISTRICT COURT, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations (#6, filed July 29, 2009) of United States Magistrate Judge George w. Foley, entered regarding Plaintiff's failure to file an amended complaint which stated a claim upon which relief can be granted. No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#6) are ACCEPTED and ADOPTED, and the case is dismissed with prejudice.

Dated:   August 25, 2009.

_____
ROGER L. HUNT
Chief U.S. District Judge